June 17, 1940

No. 43977.——Protest 947980–G of Charlotte Manufacturing Co. C. D. 331. Application by plaintiff for rehearing denied.

June 17, 1940

No. 43978.—Suit 4279.—*United States* v. *Fred Gretsch Manufacturing Co.* Abstract 41769 reversed. C. A. D. 120.